Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLADYS WATSON and SHELDON WATSON,

                              Plaintiffs,

        vs.

CONNECT PROPERTY & CASUALTY INSURANCE COMPANY, and DOES 1 through 20, inclusive,

                              Defendants.

CASE NO. 2:25-cv-00430- DJC-AC

**ORDER DISMISSING CASE WITH PREJUDICE**

WHEREAS Plaintiffs Gladys Watson and Sheldon Watson and Defendant American Family Connect Property and Casualty Insurance Company have stipulated that this entire lawsuit shall be dismissed with prejudice, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. This entire action is dismissed with prejudice; and

2. Each party to this action shall bear their own attorneys' fees and costs with respect to this action.

**SO ORDERED.**

Dated:  January 14, 2026          /s/ Daniel J. Calabretta
                                  _____
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

- 1 -

ORDER DISMISSING CASE WITH PREJUDICE